## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

### CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**  |  **Matter to be Sealed**
Greene / Southern
- ☒ Secret Indictment
- ☐ Juvenile

**Defendant Information**

Defendant Name: Nathan J. Bay

Alias Name:

Birth Date: 07/27/1973

**Related Case Information**

Superseding Indictment? ☒ Yes ☐ No  If yes, original case number: 20-03031-CR-S-SRB
New Defendant(s)? ☒ Yes ☐ No

Prior Complaint Case Number, if any:

Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

AUSA Jessica R. Sarff

**Interpreter Needed?**

☐ Yes   Language and/or Dialect:
☒ No

**Location Status**

Arrest Date:

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

**Writ Required?** ☐ Yes ☒ No
**Warrant Required?** ☒ Yes ☐ No

**U.S.C. Citations**

Total # of Counts: 2 w/FA1

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE | 1 |
| 2 | 21:841A=CD.F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE | 23 |
| 3 | 21:853.F CRIMINAL FORFEITURES | FA1 |
| 4 |  |  |