# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**  Greene / Southern

**Matter to be Sealed**
- ☒ Secret Indictment
- ☐ Juvenile

**Defendant Information**

Defendant Name: Gary L. Sneed
Alias Name:
Birth Date: 12/15/1968

**Related Case Information**

Superseding Indictment? ☒ Yes  ☐ No  If yes, original case number: 20-03031-CR-S-SRB
New Defendant(s)? ☒ Yes  ☐ No
Prior Complaint Case Number, if any:
Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

AUSA  Jessica R. Sarff

**Interpreter Needed?**
☐ Yes   Language and/or Dialect:
☒ No

**Location Status**

Arrest Date:
☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required?  ☐ Yes  ☒ No
Warrant Required?  ☒ Yes  ☐ No

**U.S.C. Citations**

Total # of Counts   4 w/FA1

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE | 1 |
| 2 | 21:841A=CD.F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE | 16, 17 |
| 3 | 18:922G.F UNLAWFUL TRANSPORT OF FIREARMS, ETC. | 18 |
| 4 | 21:853.F CRIMINAL FORFEITURES | FA1 |

(May be continued on reverse)

Revised: 04-25-2018