*IN THE UNITED STATES DISTRICT COURT FOR THE*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

MINUTE SHEET

UNITED STATES OF AMERICA					Date:   March 29, 2021

vs.									Case No. 20-3031-11-CR-S-MDH

NATHAN BAY

Honorable David P. Rush, presiding at Springfield

Nature of Hearing: Initial Appearance on Superseding Indictment

Time Commenced:   1:34 P.M.		Time Terminated:   1:37 P.M.

APPEARANCES

PLAINTIFF:   Cameron Beaver, AUSA
DEFENDANT: N/A

Proceedings: Parties appear as stated above.   Defendant appears as indicated above.  Government's oral motion to unseal the Superseding Indictment is granted and the Superseding Indictment is unsealed.   The defendant has been provided a copy of the Superseding Indictment and the Court informs the defendant of right to counsel.   Defendant plans on retaining counsel Don Cooley. Court informs the defendant that retained counsel needs to file a Notice of Appearance. The Court will not appoint counsel at this time. Government requests defendant be detained in custody. Arraignment, Scheduling Conference and Detention Hearing set for Thursday, April 1, 2021, at 1:30 p.m. before Chief Magistrate Judge Rush.

Defendant in custody.

ERO/COURTROOM DEPUTY:   Karen Siegert
USPPTS: Katie Klocksiem