*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

MINUTE SHEET

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Date: May 13, 2021 |
| vs. | Case No.: 20-03031-12-CR-S-SRB |
| **NATHAN J. BAY** | |

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:** Arraignment – Superseding Indictment

**Time Commenced:** 9:21 a.m.        **Time Terminated:** 9:23 a.m.

### APPEARANCES

**Plaintiff:** Cameron Beaver, SAUSA
**Defendant:** Tom Carver, Retained

**Proceedings:** Parties appear as indicated above. Defendant appears in person.

<u>**Arraignment**</u>: **Defendant makes first appearance as to the *Second Superseding Indictment* filed on 5/6/2021 (Doc. # 259). Defendant waives formal reading of the *Second Superseding Indictment* and enters a plea of not guilty as to all counts naming Defendant.**

**Courtroom Deputy/ERO:** Karla Berziel