# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN/SOUTHWESTERN DIVISION

In Re: Criminal Trial Docket
     March 21, 2022

## ORDER

Pursuant to the directions of the Honorable Douglas Harpool, United States District Judge, the following criminal actions are set for pretrial conferences before United States Magistrate David P. Rush, February 23, 2022, at the times shown below. The attorneys, including defense and government counsel who will try the case, shall attend the pretrial conference. **Prior to the conference, trial counsel for the United States and trial counsel for the defendant are to meet personally and discuss potential plea agreements. <u>Final plea agreements are to be signed prior to the conference or be ready for signature at the conference</u>.** Each defendant is to be present unless, in advance of the conference, counsel advises the Court that a plea bargain has been signed or the case simply needs to be set for trial. Attorneys are instructed to be prepared to make such announcements as may be necessary in order that these cases may be tried or other disposition made. Each of these cases, unless given a special setting, is set for trial on the joint criminal jury trial docket, with all the available Judges of the Court sitting, commencing March 21, 2022.

All pretrial conferences will be held in the U. S. Magistrate's Courtroom, United States Courthouse, 222 N. John Q. Hammons Parkway, Springfield, Missouri.

Regarding motions for continuance and possible changes of plea, it is

ORDERED that any defendant who intends to file a motion to continue the trial of his or her case until the next joint docket, which is May 2, 2022, shall file such motion in a timely fashion. **A motion for continuance which is filed after the Friday prior to the scheduled pretrial conference shall be considered untimely.** A motion not timely filed will be summarily

denied.

Likewise, absent a showing of very exceptional circumstances, a timely filed motion seeking a continuance of a criminal action will be summarily denied. Counsel for the moving defendant or plaintiff shall state in the motion whether or not the plaintiff and co-defendants have any objection to the continuance of the action. It is further

ORDERED that counsel for a defendant whose case who wishes to plead guilty, shall immediately call the chambers of the Honorable David P. Rush to schedule the change of plea. If the parties consent, the plea will be scheduled before the United States Magistrate Judge; otherwise, before the United States District Judge to which it is assigned.

<u>Before Magistrate Judge David P. Rush</u>

**<u>February 23, 2022</u>**

| | | |
|---|---|---|
| 21-05003-CR-SW-MDH | United States | Jessica Sarff |
| | v. | |
| -02 | Douglas Ward | Stuart Huffman |
| | | |
| 20-05030-CR-SW-RK | United States | Jessica Sarff |
| | v. | |
| -04 | John R. Caldwell | Stuart Huffman |
| -07 | Breanna S. Maggard | Alison Hershewe |
| | | |
| 20-03057-CR-S-MDH | United States | Jessica Sarff |
| | v. | |
| -01 | Jesse D. Dalton | Ian Lewis |

| | | | |
|---|---|---|---|
| 21-03140-CR-S-BP | | United States | Patrick Carney |
| | | v. | |
| | -01 | William J. Burlington | Michelle Law |

| | | | |
|---|---|---|---|
| 21-03144-CR-S-MDH | | United States | Shannon Kempf |
| | | v. | |
| | -01 | Evan B. Marshall | Nancy Price |
| | -02 | Camren Joseph Davis | Shane Cantin |

| | | | |
|---|---|---|---|
| 17-03126-CR-S-MDH | | United States | Jody Stockard |
| | | v. | |
| | -02 | Jeffery Woosley | Don Cooley |

| | | | |
|---|---|---|---|
| 21-03145-CR-S-SRB | | United States | Cameron Beaver |
| | | v. | |
| | -01 | Brandon L. Lemons | Ian Lewis |

| | | | |
|---|---|---|---|
| 18-05039-CR-SW-BP | | United States | Jessica Sarff |
| | | v. | |
| | -01 | Raymond S. Williams | Lance Haley |

| | | | |
|---|---|---|---|
| 21-03001-CR-S-MDH | | United States | Cameron Beaver |
| | | v. | |
| | -01 | Joseph Charles Cady, Jr. | Scott Pierson |

| | | |
|---|---|---|
| 20-03040-CR-S-BP | United States | Ami Miller |
| | v. | |
| -01 | William Shane Berg | Ann Koszuth |
| | | |
| 21-03132-CR-S-MDH | United States | Megan Chalifoux |
| | v. | |
| -01 | Darren Smikle | David Mercer |
| -02 | Lorri Barnes | Erica Mynarich |
| -03 | Brittany Busbey | Josh Roberts |
| -04 | Ashton Barnes | Agi Prevendarcsik |
| | | |
| 21-03070-CR-S-BP | United States | Jody Stockard |
| | v. | |
| -01 | Jeffery A. Winder | Daniel Hunt |
| | | |
| 21-05022-CR-SW-RK | United States | Megan Chalifoux |
| | v. | |
| -01 | Johnathan Levi Cureton | Stuart Huffman |
| | | |
| 21-03124-CR-S-SRB | United States | Patrick Carney |
| | v. | |
| -01 | James Smith | David Mercer |

| Case Number | Defendant | Counsel |
|---|---|---|
| 20-03050-CR-S-BP | United States | Jessica Sarff |
| | v. | |
| -01 | James W. Fithen | David Back |
| -02 | Megan L. Neal | Kristin Jones |
| -03 | Samuel L. Pyatt | Stuart Huffman |
| -06 | Christopher L. Dusenbury | Russ Dempsey |
| -10 | Austin L. Velarde | Rob Aiken |
| -12 | Leslie O. Collins | James Hayes |
| -13 | Chelsea Cloven | Penny Speake |
| | | |
| 19-03029-CR-S-BP | United States | Jody Stockard |
| | v. | |
| -01 | Bryce S. Amador | Michelle Law |
| -02 | Richard D. Sweaney | David Back |
| -04 | Keith A. Ball | Brady Musgrave |
| -05 | Elshabazz M. Jackson | Joe Passanise |
| -06 | Jessica Rushing | Brian Risley |
| | | |
| 21-03065-CR-S-RK | United States | Jessica Sarff |
| | v. | |
| -01 | Anthony Brandon | David Mercer |
| | | |
| 21-03035-CR-S-SRB | United States | Cameron Beaver |
| | v. | |
| -01 | Emmit O. Johnson | Jason Coatney |

| | | | |
|---|---|---|---|
| 20-03041-CR-S-MDH | | United States | Jessica Sarff |
| | | v. | |
| | -03 | Cynthia D. Goodrich | Penny Speake |
| | -04 | Mustafa El-Min | Abe McGull |
| | -05 | April D. White | Peter Bender |
| | -07 | Everette D. Courtney | Russ Dempsey |
| | -09 | Howard J. Boyd | James Hayes |
| | -10 | Jonathan C. Mallow | David Back |
| | -11 | Abbie J. Hensley | Marshall Miller |
| | | | |
| 21-03130-CR-S-MDH | | United States | Jessica Sarff |
| | | v. | |
| | -01 | Andrew A. Mitchell | Tom Carver |
| | | | |
| 19-03084-CR-S-MDH | | United States | Jessica Sarff |
| | | v. | |
| | -08 | Johnathon W. Arnold | Stuart Huffman |
| | -16 | Michael R. Housley | John Jenab |
| | | | |
| 21-05043-CR-SW-MDH | | United States | Jessica Sarff |
| | | v. | |
| | -01 | Jason A. White | Jason Coatney |

| | | | |
|---|---|---|---|
| 21-05017-CR-SW-BP | | United States | Jody Stockard |
| | | v. | |
| | -01 | Michael Schmitt | Ian Lewis |
| | | | |
| 21-03006-CR-S-MDH | | United States | Jody Stockard |
| | | v. | |
| | -01 | Larry D. Wright | Lacon Smith |
| | -04 | Theresa L. Villarea | Agi Prevendarscik |
| | | | |
| 21-03085-CR-S-BP | | United States | Casey Clark |
| | | v. | |
| | -01 | Badetito O. Obafemi | Tom Carver |
| | | | |
| 20-05010-CR-SW-BP | | United States | Ami Miller |
| | | v. | |
| | -01 | Jeffrey Marsh | David Mercer |
| | | | |
| 21-03100-CR-S-BP | | United States | Patrick Carney |
| | | v. | |
| | -01 | David Joe Neal | David Mercer |
| | | | |
| 21-03093-CR-S-MDH | | United States | Jody Stockard |
| | | v. | |
| | -01 | Jamie Hutcherson | David Mercer |

| | | |
|---|---|---|
| 21-03097-CR-S-MDH | United States | Stephanie Wan |
| | v. | |
| -01 | Toni Rae Smith | David Mercer |
| | | |
| 21-05039-CR-sW-SRB | United States | Stephanie Wan |
| | v. | |
| -01 | Charles Ward Kuentzel, 2nd | Ian Lewis |
| | | |
| 20-03018-CR-S-MDH | United States | Randy Eggert |
| | v. | |
| -01 | Michael Grogan | Adam Woody |
| | | |
| 21-03090-CR-S-MDH | United States | Cameron Beaver |
| | v. | |
| -01 | Jared M. Swift | Ann Koszuth |
| | | |
| 19-03132-CR-S-MDH | United States | Jody Stockard |
| | v. | |
| -01 | Derrick L. Hall | Josh Roberts |
| | | |
| 21-05040-CR-SW-SRB | United States | Stephanie Wan |
| | v. | |
| -01 | Christian Sinclair | Michelle Moulder |

| | | | |
|---|---|---|---|
| 18-03073-CR-S-BP | | United States | Randy Eggert |
| | | v. | |
| | -02 | James D. Elbert | Josh Roberts |
| | -03 | Rodriguez R. Bradley | Austin Knoblock |
| | -04 | Kevin D. Paine | Jason Coatney |
| | -05 | Kewan Rogers | David Back |
| | | | |
| 19-03159-CR-S-RK | | United States | Byron Black |
| | | v. | |
| | -02 | Devonte A. Smith | David Johnson |
| | -04 | Danjouna A. Wiggins | Chad Gardner |
| | -05 | Untavious C. Davenport | Rob Aiken |
| | -06 | Dvante Q. Williams | Greg Wittner |
| | | | |
| 20-03031-CR-s-SRB | | United States | Jessica Sarff |
| | | v. | |
| | -06 | Holli S. Larose | Don Cooley |
| | -09 | Jessy K. Sanchez | Agi Prevendarcsik |
| | -10 | Christian F. Roman | Josh Roberts |
| | -11 | Nathan J. Bay | Tom Carver |
| | -13 | Gary L. Sneed | Russ Dempsey |

| Case Number | | Plaintiff/Defendant | Counsel |
|---|---|---|---|
| 20-05011-CR-SW-MDH | | United States | Ami Miller |
| | | v. | |
| | -01 | Nicholas Stephens | Mark Hammer |
| 19-03161-CR-S-RK | | United States | Byron Black |
| | | v. | |
| | -01 | Sheron L. Loggins | Jeffrey Goldfarb |
| | -02 | Jerry R. Wheeler | Stacie Bilyeu |
| | -03 | Jerry D. Bedell | David Guastello |
| | -04 | Delante L. Worsham | Jason Coatney |
| | -05 | Nichole D. Bedell | Brian Risley |
| | -06 | Crystal J. Hill | Alison Hershewe |
| | -07 | Morgan L. Hodges | Justin Johnston |
| | -11 | Marquise D. Martin | James Hayes |
| | -13 | Laurel J. Lindsey | P.J. O'Connor |
| | -14 | Solomon Hodges | John Jenab |
| | -15 | Cordaroe D. Sims | Lacon Smith |
| 21-05044-CR-SW-SRB | | United States | Cameron Beaver |
| | | v. | |
| | -01 | Darnell Lamont Jennings | Joe Passanise |
| 21-03146-CR-S-BCW | | United States | Cameron Beaver |
| | | v. | |
| | -01 | Halle R. Koenig | Marsha Jackson |

| | | | |
|---|---|---|---|
| 22-05003-CR-SW-BP | | United States | Stephanie Wan |
| | | v. | |
| | -01 | Dakotah James Gilmore | David Mercer |
| 21-03142-CR-S-MDH | | United States | Stephanie Wan |
| | | v. | |
| | -01 | Joshua D. Short | Michelle Moulder |
| 22-05002-CR-SW-BCW | | United States | Jody Stockard |
| | | v. | |
| | -01 | Robert D. Stevens | Michelle Law |
| | -05 | Jeremy Sanders | Amanda Burdick-Brown |
| 22-03009-CR-S-BCW | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Charles M. Penberthy | Ian Lewis |
| 22-03005-CR-S-MDH | | United States | Stephanie Wan |
| | | v. | |
| | -01 | Jared Neal Gonzales | Michelle Law |
| 22-03008-CR-S-BP | | United States | Cameron Beaver |
| | | v. | |
| | -01 | Zachary Wayne Essick | Stuart Huffman |

| 21-05031-CR-SW-BCW | United States | Stephanie Wan |
| | v. | |
| -01 | Leland Scott Graham | Ann Koszuth |

*/s/ David P. Rush*  
DAVID P. RUSH  
UNITED STATES CHIEF MAGISTRATE JUDGE

Date: February 2, 2022